IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GEORGE SIMPSON | ) |
| | ) |
| v. | ) NO. 3-15-0476 |
| | ) JUDGE CAMPBELL |
| RUTHERFORD COUNTY | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 60), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED for Plaintiff's failure to comply with the Court Order requiring Plaintiff to keep the Court and the Defendant informed of his current address. The Clerk is directed to close the file. All pending Motions are DENIED as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE